AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Hugo Andres Sanchez-Castro | Case Number: 23-CR-00769-LR |
| | Ralph Cordova, CJA |
| | Defendant's Attorney |

**Registration Number:** 51787510

THE DEFENDANT:

☒ pleaded guilty to count(s) __One of the Superseding Information__

☐ was found guilty on count(s) _____
   after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 USC 3 | Accessory After the Fact (Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) __of the felony Information__ are dismissed on the motion of the United States.

☒ Special Assessment is waived.

☒ Fine waived    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.



Tuesday, May, 30, 2023
Date of Imposition of Sentence

HONORABLE LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE

| DEFENDANT: | Hugo Andres Sanchez-Castro | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 23-CR-00769-LR | |

## PROBATION

The defendant will be on probation for a term of:
1 Year.

## MANDATORY CONDITIONS

1. The defendant must not commit another federal, state or local crime.
2. The defendant must not unlawfully possess a controlled substance.
3. The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (check if applicable)
4. ☐ The defendant must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (check if applicable)
5. ☐ The defendant must cooperate in the collection of DNA as directed by the probation officer. (check if applicable)
6. ☐ The defendant must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where the defendant resides, works, is a student, or was convicted of a qualifying offense. (check if applicable)
7. ☐ The defendant must participate in an approved program for domestic violence. (check if applicable)

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | |
|---|---|
| DEFENDANT: Hugo Andres Sanchez-Castro<br>CASE NUMBER: 23-cr-00769-LR | Judgment - Page **3** of **3** |

## SPECIAL CONDITION OF PROBATION

The defendant is to abide by the Mandatory Conditions of Probation and the following Special Condition.

1. One year of probation pursuant to 18 U.S.C. § 3561 with an imposed condition under 18 U.S.C. § 3563(b)(22)that, if defendant is removed, returned or expelled from the United States to defendant's country of origin or a third country, defendant is not to reenter the United States illegally and must report to the probation officer within 24 hours of any reentry to the United States with probation waived upon removal, return or expulsion..

23-CR-00769-LR